THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH JEFFREYS,
an Individual,

    Plaintiff,

vs.    CASE NO.: 5:24-cv-00223-M-RN

AFN ABSPROP001, LLC,
a Delaware Limited Liability Company,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, KENNETH JEFFREYS, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice, with each party to bear its respective fees and costs.

Dated: May 31, 2024    Respectfully Submitted,

KU & MUSSMAN, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, Florida 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

By: /s/ Walter E. Daniels III
    KU & MUSSMAN, P.A.
    Attorney for Plaintiff
    Walter E. Daniels III, Esq.
    NC Bar No. 27219
    14 South Pack Square, Suite 502
    Asheville, North Carolina 28801
    Tel: (828) 258-7022
    Fax: (888) 277-2412
    danielslawfirm.p.c@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a copy will be sent via email to the following:

Cara Kelly, Esq.
Greenberg Traurig, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Cara.Kelly@gtlaw.com

By: */s/ Walter E. Daniels*
Walter E. Daniels, Esq.

2

Case 5:24-cv-00223-M-RN   Document 9   Filed 05/31/24   Page 2 of 2